DTF
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT  E.D.N.Y.
★ JUNE 10 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

McDONALD'S CORPORATION : Civil Action No. CV 05 0931

    Plaintiff, :

v. : (ERK/SMG)

CHRISTOPHER RAPILLO and : [PROPOSED] JUDGMENT
1955 CORPORATION :

    Defendants. :

Pursuant to this Court's June 1, 2005 Order, **JUDGMENT** is entered in favor of Plaintiff McDonald's Corporation and against Defendants Christopher Rapillo and 1955 Corporation, jointly and severally, on all Counts of the Complaint as follows:

1. **JUDGMENT** is entered in favor of Plaintiff McDonald's Corporation and against Defendants Christopher Rapillo and 1955 Corporation, jointly and severally, in the liquidated total amount of ~~$98,972.71, representing~~ representing $61,154.03 for real estate taxes paid by Plaintiff on Defendants' behalf plus ~~$37,818.68 in~~ reasonable attorney's fees and costs incurred by Plaintiff in this action, to be determined by U.S. Magistrate Judge at an inquest.

2. This Court declares that Defendants Christopher Rapillo and 1955 Corporation are in material breach of each of the following Franchise Agreements:

    a. Defendants' franchise agreement for a McDonald's restaurant at 6620 Bay Parkway, Brooklyn, New York (attached as Exhibit "A" to the Complaint);

    b. Defendants' franchise agreement for a McDonald's restaurant at 6419 18th Avenue, Brooklyn, New York (attached as Exhibit "C" to the Complaint);

c. Defendants' franchise agreement for a McDonald's restaurant at 1388 Hyland Blvd., Staten Island, New York (attached as Exhibit "E" to the Complaint);

d. Defendants' franchise agreement for a McDonald's restaurant at 1509 Sheepshead Bay, Brooklyn, New York attached as Exhibit "G" to the Complaint); and

e. Defendants' franchise agreement for a McDonald's restaurant at 501 Bay Street, Staten Island, New York (attached as Exhibit "I" to the Complaint).

This Court further declares that McDonald's Corporation has the right to terminate immediately each of the Franchise Agreements identified above.

Dated: New York, New York
June 8, 2005

BY THE COURT:

s/Edward R. Korman
HONORABLE EDWARD R. KORMAN

This document was entered on the docket on _____.